RECEIVED CLERK

APR 10 2008

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2008 APR 10 P 3:58

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

George W. Pratt (USB #2642)
Mark D. Tolman (USB #10793)
JONES WALDO HOLBROOK & McDONOUGH PC
Attorneys for Defendants
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RMA VENTURES CALIFORNIA, a Utah partnership,<br><br>Plaintiff,<br><br>vs.<br><br>SUNAMERICA LIFE INSURANCE COMPANY AND MIDLAND LOAN SERVICES, INC.,<br><br>Defendants. | **APPLICATION FOR WRIT OF EXECUTION**<br><br>Case No. 2:03-CV-740 TS<br>Honorable Ted Stewart<br><br>Magistrate Judge David O. Nuffer |

The Defendants hereby apply for a writ of execution on the following grounds:

1. On March 27, 2008, a Judgment In A Civil Case For Attorney's Fees was entered in favor of the Defendants against the Plaintiff in the amount of $87,563.07. In addition, on February 8, 2008, the Clerk of Court filed its Taxation of Costs in the amount of $1,502.47, which are included in, and added to, the Judgment. The entire combined amount under the Judgment, $89,065.54, remains unpaid.

2. That the property to be seized consists of:

    All choses in action, claims, counterclaims, causes of action, and appeals arising therefrom; rights to payment; and rights to compensation of every kind and nature, which

plaintiff RMA Ventures California may have against SunAmerica Life Insurance Company and Midland Loan Services, Inc., including but not limited to, all such claims and causes of action, and appeals arising therefrom, filed in or related to *RMA Ventures California v. SunAmerica Life Insurance Company, et al.*, Case No. 2:03-cv-740.

*(If known, list the nature, location, account number and estimated value of the property)* held by:

Except for the lawsuit referenced above, unknown. The value of the lawsuit is believed to be *de minimis*.

*(List name, address and phone number of the person holding the property)*

The contact person is Plaintiff's Counsel, Ronald Ady, 8 East Broadway, Suite 710, Salt Lake City, UT 84111, telephone (801) 530-3122

3. That the following persons are known to claim an interest in property:

None, other than the Plaintiff.

DATED this 10th day of April, 2008.

JONES WALDO HOLBROOK & McDONOUGH PC

By _____
George W. Pratt
Mark D. Tolman
Attorneys for Defendants Sunamerica Life Insurance Company and Midland Loan Services, Inc.