George W. Pratt (USB #2642)
Mark D. Tolman (USB #10793)
JONES WALDO HOLBROOK & McDONOUGH PC
Attorneys for Defendants
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RMA VENTURES CALIFORNIA, a Utah partnership,<br><br>              Plaintiff,<br><br>vs.<br><br>SUNAMERICA LIFE INSURANCE COMPANY AND MIDLAND LOAN SERVICES, INC.,<br><br>              Defendants. | **WRIT OF EXECUTION**<br><br>Case No. 2:03-CV-740 TS<br>Honorable Ted Stewart<br><br>Magistrate Judge David O. Nuffer |

TO THE SHERIFF OR CONSTABLE OF SALT LAKE COUNTY, STATE OF UTAH:

Judgment was rendered in the action by the above court on the dates of March 27, 2008 and February 8, 2008, against plaintiff RMA Ventures California, and in favor of defendants SunAmerica Life Insurance Company and Midland Loan Services in the total amount of $89,065.54.

YOU ARE COMMANDED to collect the judgment, with costs, interest, and fees, and to sell enough of the plaintiff's non-exempt personal property, or if enough non-exempt personal property cannot be found, then of plaintiff's non-exempt real property to satisfy the same. This

836897v1

shall be your sufficient warrant for so doing. Within sixty (60) days after your receipt of this writ, return this writ with a statement and a certificate of your doings in completing the service. Issued under the seal of this court this \_11\_ day of April, 2008.

Clerk of the District Court

(Seal)

By /s/ _____
Deputy Clerk

836897v1

2