IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RMA VENTURES CALIFORNIA, a Utah partnership,<br><br>Plaintiff,<br><br>vs.<br><br>SUNAMERICA LIFE INSURANCE COMPANY AND MIDLAND LOAN SERVICES, INC.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR A NEW TRIAL OR TO ALTER OR AMEND JUDGMENT<br><br><br><br>Case No. 2:03-CV-740 TS |

This matter comes before the Court on Plaintiff's Motion to Stay or Quash Execution Sale of Plaintiff's Right to Appeal.[1] Defendants have filed an opposition and the Court is persuaded by the arguments contained therein. It is therefore

ORDERED that Plaintiff's Motion to Stay or Quash Execution Sale of Plaintiff's Right to Appeal (Docket No. 102) is DENIED. It is further

ORDERED that Plaintiff's Motion to Expedite (Docket No. 105) is DENIED AS MOOT.

---

[1] Docket No. 102.

1

DATED   May 14, 2008.

                         BY THE COURT:

                         _____
                         TED STEWART
                         United States District Judge