IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RMA VENTURES CALIFORNIA, a Utah partnership,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SUNAMERICA LIFE INSURANCE COMPANY AND MIDLAND LOAN SERVICES, INC.,<br><br>　　　Defendants. | AMENDED MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO STAY OR QUASH EXECUTION SALE OF PLAINTIFF'S RIGHT TO APPEAL<br><br><br>Case No. 2:03-CV-740 TS |

　　　This matter comes before the Court on Plaintiff's Motion to Stay or Quash Execution Sale of Plaintiff's Right to Appeal.[1] Defendants have filed an opposition and the Court is persuaded by the arguments contained therein. It is therefore

　　　ORDERED that Plaintiff's Motion to Stay or Quash Execution Sale of Plaintiff's Right to Appeal (Docket No. 102) is DENIED. It is further

　　　ORDERED that Plaintiff's Motion to Expedite (Docket No. 105) is DENIED AS MOOT.

---

[1] Docket No. 102.

1

DATED   May 14, 2008.

                    BY THE COURT:

                    _____
                    TED STEWART
                    United States District Judge